NO. 07-11-0097-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MARCH 29, 2011

_____

JASON BLAKENEY, APPELLANT

V.

JAMES GRIMES, WARDEN, ET AL., APPELLEES

_____

FROM THE 47TH DISTRICT COURT OF POTTER COUNTY;

NO. 96,486-A; HONORABLE DAN L. SCHAAP, JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant, Jason Blakeney, an inmate proceeding pro se, filed a notice of appeal from the trial court's judgment in favor of Appellees, James Grimes, Warden, *et al.* This Court advised Appellant by letter dated March 4, 2011, among other details, that his appeal had been docketed. On March 10, 2011, Appellant filed correspondence with the Clerk of this Court expressing his desire not to "move for appeal" in this case. This Court interprets Appellant's correspondence as a voluntary request to dismiss his

appeal.  *See* Tex. R. App. P. 42.1(a)(1).  Without passing on the merits of this appeal, we dismiss this appeal.

Accordingly, this appeal is dismissed.


Patrick A. Pirtle
Justice